**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2304**

---

SERGIO GAMEZ-RUIZ,

        Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.

---

Submitted: October 18, 2024            Decided: January 14, 2025

---

Before RUSHING and BENJAMIN, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

**ON BRIEF:** Ivan Yacub, YACUB LAW OFFICES, LLC, Woodbridge, Virginia, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, John S. Hogan, Assistant Director, Lindsay Corliss, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sergio Gamez-Ruiz, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We review a decision denying reopening for abuse of discretion and will grant the petition only if the Board's decision is "arbitrary, capricious, or contrary to law." *Garcia Hernandez v. Garland*, 27 F.4th 263, 266 (4th Cir. 2022) (internal quotation marks omitted). We have reviewed the administrative record and Gamez-Ruiz's claims and find no abuse of discretion. Accordingly, we deny the petition for review. *See In re Gamez-Ruiz* (B.I.A. Dec. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*